IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN D. LUCAS, JR.      *
             *
       PLAINTIFF   *
             *
V.              *      CASE NO.  4:17CV00062 SWW
             *
CELLO PARTNERSHIP d/b/a/    *
VERIZON WIRELESS; ET AL.    *
             *
       DEFENDANTS   *
             *

## ORDER

    Before the Court is Plaintiff's motion requesting dismissal of Cello Partnership

d/b/a Verizon Wireless, a named defendant that has not entered an appearance in this

case.  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff's claims

against separate defendant Cello Partnership d/b/a/ Verizon Wireless are DISMISSED

WITH PREJUDICE.

    IT IS SO ORDERED THIS 16TH   DAY OF MAY, 2017.


            /s/Susan Webber Wright
            UNITED STATES DISTRICT JUDGE