IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| STEPHEN D. LUCAS, JR. | * | |
| | * | |
| PLAINTIFF | * | |
| | * | |
| V. | * | CASE NO. 4:17CV00062 SWW |
| | * | |
| CELLO PARTNERSHIP d/b/a/ | * | |
| VERIZON WIRELESS; ET AL. | * | |
| | * | |
| DEFENDANTS | * | |
| | * | |

## **ORDER**

Before the Court is the plaintiff's motion requesting that the Court dismiss the remaining claims with prejudice and reporting that all claims have now been settled. Plaintiff's motion to dismiss [ECF No. 15] is GRANTED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 6TH DAY OF SEPTEMBER, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE